UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COLEMAN PASHEGOBA,

    Plaintiff,

    v.

EXPERIAN,

    Defendant.

Case No. 3:18-cv-00487-JPG-DGW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the parties' joint stipulation of dismissal. (Doc. 13.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows dismissal of an action without a court order if the notice of dismissal is signed by all parties who have appeared in the case. Here, the parties have met the requirements of the rule. Accordingly, the Court **FINDS** that this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 2, 2018**

                                              **s/ *J. Phil Gilbert***
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**